Eugene Kim, SBN: 221753
Email: eugene.kim@streamkim.com
**STREAM KIM HICKS WRAGE & ALFARO, PC**
3403 Tenth Street, Suite 700
Riverside, CA  92501
Telephone: (951) 783-9470
Facsimile: (951) 783-9475

*Attorneys for Applicants*
*Sakura Miyawaki, et al.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| *In re Ex Parte* Application of | CASE NO. 5:24-mc-80189 |
| Sakura Miyawaki, Chae-won Kim, Jennifer Yunjin Huh, Kazuha Nakamura, and E.C.H., | **DECLARATION OF MUN HUI KIM IN SUPPORT OF APPLICANTS'** *EX PARTE* **APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 AUTHORIZING DISCOVERY FOR USE IN A FOREIGN CIVIL PROCEEDING** |
| Applicants. | |

I, Mun Hui Kim, declare that:

1. I am an attorney licensed to practice law in the Republic of Korea ("**Korea**") since 2005. I am a Partner at Yulchon LLC, a law firm in Seoul, Korea. I have personal knowledge of the matters stated herein, unless expressly stated otherwise.

2. I submit this declaration in support of the Applicants' *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Civil Proceeding ("**Application**").

1

DECLARATION OF MUN HUI KIM

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA  92501
951-783-9470

3. SOURCE MUSIC Co., Ltd. ("**SOURCE MUSIC**"), a corporation established under the laws of Korea, retained Yulchon to represent them in a matter involving anonymous persons associated with the YouTube handles "@issuefeed" and "@shortchajang" (collectively, the "**YouTubers**").

4. On the YouTube platform, the YouTubers published a number of videos containing false, defamatory and/or harassing statements about the Applicants.[1] I have reviewed the videos at issue in their original Korean language and the Declaration of Joo Young Kim, who further describes some of them. I agree with Joo Young Kim that the words and expressions used by the YouTubers appear to indicate that they are both native Korean speakers and located in Korea. I also agree that there is nothing to indicate that the YouTubers are non-Korean citizens or that they reside outside of Korea.

5. On June 12, 2024, the Applicants filed a civil lawsuit against the YouTubers in Korea for defamation pursuant to Articles 750 and 751 of the Civil Act of Korea ("**Civil Matter**"). Each Applicant is claiming KRW 20,000,000 (approx. USD 14,000) against each YouTuber, with interest accruing at 12% per annum from the date of service of the civil complaint until the date payment is made in full. I am the attorney of record for the Applicants in the Civil Matter.

6. Articles 750 and 751 of the Civil Act ("민법" in the original Korean language) states:[2]

> *Article 750 (Definition of Torts)*
>
> *Any person who causes losses to or inflicts injuries on another person by an unlawful act, intentionally or negligently, shall be bound to make compensation for damages arising therefrom.*
>
> *Article 751 (Compensation for Non-Economic Damages)*

---

[1] In Korea, it is generally illegal for an individual to defame, harass or otherwise make false allegations against another.

[2] English translation provided by Korea Legislation Research Institute available at https://www.law.go.kr/LSW/eng/engLsSc.do?menuId=2&section=lawNm&query=%EB%AF%BC%EB%B2%95+civil+act+&x=28&y=9.

2

DECLARATION OF MUN HUI KIM

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA  92501
951-783-9470

*(1) A person who has injured the person, liberty or fame of another or has inflicted any mental anguish to another person shall be liable to make compensation for damages arising therefrom.*

*(2) The court may order the guilty party to discharge the compensation mentioned in paragraph (1) by periodical payments, and may order such guilty parties to offer reasonable security in order to insure his/her performance of such obligations.*

7. In particular, the YouTubers' defamatory statements made against E.C.H., a minor under the age of 18 years old, is a violation of Article 17, Paragraph 5, of the Child Welfare Act of Korea[3] ("아동복지법" in the original Korean language), which states:

*Article 17 (Prohibited Acts)*

*No person shall engage in any of the following acts:*

*…*

*5. Committing emotional abuse against a child that may harm his or her mental health and development (including cases caused by the exposure of children to domestic violence referred to in subparagraph 1 of Article 2 of the Act on Special Cases concerning the Punishment of Crimes of Domestic Violence)[.]*

8. In Korea, the court conducts service of process based on the information provided by the plaintiff. Without the YouTubers' personally identifiable information ("**PII**"), such as their name(s), date(s) of birth, gender(s), phone number(s) and address(es), the Applicants will not be able to provide the Korean civil court sufficient information to serve the civil complaint. Therefore, the Applicants request Section 1782 discovery in order to proceed with the Civil Matter.

9. Because Google LLC ("**Google**") is not a party to the Civil Matter and the Applicants seek information held by Google in the United States ("**U.S.**"),[4] it is beyond the reach of the Korean courts' jurisdiction.

---

[3] English translation provided by Korea Legislation Research Institute available at https://www.law.go.kr/engLsSc.do?menuId=1&subMenuId=21&tabMenuId=117&query=%EC%95%84%EB%8F%99%EB%B3%B5%EC%A7%80%EB%B2%95#.

[4] Google's principal office is located at 1600 Amphitheatre Parkway, Mountain View, California 94043; attached as **Exhibit 1** is a true and a correct copy of Google's Statement of Information filed with the Office of the California Secretary of State on September 7, 2023.

3
DECLARATION OF MUN HUI KIM

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470

10. As an experienced attorney in Korea, I am aware that Korean courts are receptive to receiving the U.S. federal courts' assistance in discovery, including through Section 1782.

11. I am not aware of any restrictions under Korean law that would limit or prevent the U.S. federal courts from assisting the Applicants obtain evidence to identify the YouTubers for use in a Korean court proceeding.

12. Additionally, I am not aware of any restrictions under Korean law that would limit or otherwise prevent the Applicants from gathering evidence under Section 1782 in the manner proposed and for the reasons stated in the Application.

13. The Applicants are not attempting to circumvent any foreign proof-gathering restrictions or policies of Korea or the U.S. Based on my experience and knowledge, the requested PII is admissible in the Civil Matter.

14. Based upon the foregoing, the Applicants seek information that is critical to the Civil Matter in Korea, and the proposed subpoena is narrowly tailored and limited to seek information that is needed to identify the anonymous YouTubers. I am informed and believe that Google maintains the requested information in its regular course of business.

4
DECLARATION OF MUN HUI KIM

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 30, 2024

_____
MUN HUI KIM

5
DECLARATION OF MUN HUI KIM

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

**For Office Use Only**

**-FILED-**

File No.: BA20231413505
Date Filed: 9/7/2023

| Entity Details | |
|---|---|
| Limited Liability Company Name | GOOGLE LLC |
| Entity No. | 201727810678 |
| Formed In | DELAWARE |

| Street Address of Principal Office of LLC | |
|---|---|
| Principal Address | 1600 AMPHITHEATRE PARKWAY<br>MOUNTAIN VIEW, CA 94043 |

| Mailing Address of LLC | |
|---|---|
| Mailing Address | 1600 AMPHITHEATRE PARKWAY<br>MOUNTAIN VIEW, CA 94043 |
| Attention | Attn: Legal Dept. |

| Street Address of California Office of LLC | |
|---|---|
| Street Address of California Office | 1600 AMPHITHEATRE PARKWAY<br>MOUNTAIN VIEW, CA 94043 |

| Manager(s) or Member(s) | |
|---|---|
| Manager or Member Name | Manager or Member Address |
| XXVI Holdings Inc. | 1600 Amphitheatre Parkway<br>Mountain View, CA 94043 |

| Agent for Service of Process | |
|---|---|
| California Registered Corporate Agent (1505) | CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERV<br>Registered Corporate 1505 Agent |

| Type of Business | |
|---|---|
| Type of Business | TECHNOLOGY COMPANY |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

| Chief Executive Officer (CEO) | |
|---|---|
| CEO Name | CEO Address |
| Sundar Pichai | 1600 Amphitheatre Parkway<br>Mountain View, CA 94043 |

| Labor Judgment |
|---|
| No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code. |

**Exhibit 1**

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Kenneth H. Yi*                                                      *09/07/2023*

Signature                                                                    Date

B2094-5691 09/07/2023 10:26 AM Received by California Secretary of State

**Exhibit 1**