Eugene Kim, SBN: 221753
Email: eugene.kim@streamkim.com
**STREAM KIM HICKS WRAGE & ALFARO, PC**
3403 Tenth Street, Suite 700
Riverside, CA  92501
Telephone: (951) 783-9470
Facsimile: (951) 783-9475

*Attorneys for Applicants*
*Sakura Miyawaki, et al.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| *In re Ex Parte* Application of | ) CASE NO. 5:24-mc-80189 |
| Sakura Miyawaki, Chae-won Kim, Jennifer Yunjin Huh, Kazuha Nakamura, and E.C.H., | ) **[PROPOSED] ORDER GRANTING APPLICANTS'** *EX PARTE* **APPLICATION FOR AN ORDER PURSUANT TO 28. U.S.C. § 1782 AUTHORIZING DISCOVERY FOR USE IN A FOREIGN CIVIL PROCEEDING** |
| Applicants. | |

### [PROPOSED] ORDER

This matter comes before the Court on the Applicants' *Ex Parte* Application for an Order Pursuant to 28. U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Civil Proceeding ("**Application**"), which requests discovery from Google LLC in connection with a pending civil matter in the Republic of Korea.

The Court, having fully considered the Application, and good cause appearing,

**HEREBY GRANTS** the Application.

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28. U.S.C. § 1782 AUTHORIZING DISCOVERY FOR USE IN A FOREIGN CIVIL PROCEEDING

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA  92501
951-783-9470

**IT IS HEREBY ORDERED** that:

1. The Applicants are authorized to issue and serve a subpoena on Google LLC for the production of documents in the same form as the proposed subpoena attached as **Exhibit A** to the Application.

2. This Order is limited to the Applicants' request for documents from Google LLC in aid of their Korean civil proceeding.

3. The Applicants' counsel must serve Google LLC a copy of this Order and all papers upon which it was based together with the subpoena.

4. Google LLC shall respond to the subpoena for the production of documents within fourteen (14) days of service of the subpoena and as required under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Northern District of California. Google LLC shall have thirty (30) days from the date of service of the subpoena to file a motion to quash or modify the subpoena.

5. Absent a motion filed by Google LLC, or an objection or motion for protective order filed prior to the expiration of Google's 21-day notice period regarding the Application or subpoena served on Google, in response to the subpoena, Google LLC shall produce the information requested by the subpoena, to the extent it is available.

6. This Order does not require Google LLC to disclose any information that would be inconsistent with its obligations under federal laws including, but not limited to, the Stored Communications Act.

7. The Court hereby retains jurisdiction over this matter.

**IT IS SO ORDERED.**

Dated: _____                              _____

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28. U.S.C. § 1782 AUTHORIZING DISCOVERY FOR USE IN A FOREIGN CIVIL PROCEEDING