UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAKURA MIYAWAKI et al.,<br><br>Applicants, | Case No. 24-mc-80189-PCP<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), this case is referred to the Honorable Edward J. Davila for consideration of whether it is related to Case No. 24-mc-80132-EJD.

**IT IS SO ORDERED.**

Dated: August 2, 2024

P. CASEY PITTS
United States District Judge