1  Nicholas O. Kennedy (State Bar No. 280504)
   nicholas.kennedy@bakermckenzie.com
2  **BAKER & McKENZIE LLP**
3  1900 North Pearl Street, Suite 1500
   Dallas, TX  75201
4  Telephone:     214 978 3081
   Facsimile:      214 978 3099
5

6  Byron R. Tuyay (State Bar No. 308049)
   byron.tuyay@bakermckenzie.com
7  **BAKER & McKENZIE LLP**
   10250 Constellation Blvd., Suite 1850
8  Los Angeles, CA  90067
   Telephone:     310 201 4728
9  Facsimile:      310 201 4721

10 Attorneys for Non-Party Google LLC

11

12                              **UNITED STATES DISTRICT COURT**

13                              **NORTHERN DISTRICT OF CALIFORNIA**

14 | *In Re Ex Parte* Application of | Case No. 5:24-mc-80189-PCP |

15 | Sakura Miyawaki, Chae-won Kim, Jennifer Yunjin Huh, Kazuha Nakamura, and E.C.H., | **NOTICE OF APPEARANCE OF NICHOLAS O. KENNEDY AS COUNSEL OF RECORD FOR NON-PARTY GOOGLE LLC** |

Applicants.

Judge: The Honorable P. Casey Pitts
Courtroom 8, 4th Floor
San Jose Courthouse
280 South First Street
San Jose, CA  95113

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Nicholas O. Kennedy hereby enters an appearance in this matter for Non-Party GOOGLE LLC, as counsel of record.

Mr. Kennedy is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter. Mr. Kennedy is a member of the State Bar of California and has been admitted to practice in the Northern District of California. His address and telephone number are as follows:

Nicholas O. Kennedy (State Bar No. 280504)
nicholas.kennedy@bakermckenzie.com
**BAKER & McKENZIE LLP**
1900 North Pearl Street, Suite 1500
Dallas, TX  75201
Telephone:	214 978 3081
Facsimile:	214 978 3099

Dated: August 6, 2024	Respectfully submitted,

**BAKER & McKENZIE LLP**

By: */s/ Nicholas O. Kennedy*
	Nicholas O. Kennedy
	Attorneys for Non-Party
	GOOGLE LLC