Nicholas O. Kennedy (State Bar No. 280504)
nicholas.kennedy@bakermckenzie.com
**BAKER & McKENZIE LLP**
1900 North Pearl Street, Suite 1500
Dallas, TX  75201
Telephone:      214 978 3081
Facsimile:       214 978 3099

Byron R. Tuyay (State Bar No. 308049)
byron.tuyay@bakermckenzie.com
**BAKER & McKENZIE LLP**
10250 Constellation Blvd., Suite 1850
Los Angeles, CA  90067
Telephone:      310 201 4728
Facsimile:       310 201 4721

Attorneys for Non-Party Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In Re Ex Parte* Application of<br><br>Sakura Miyawaki, Chae-won Kim, Jennifer Yunjin Huh, Kazuha Nakamura, and E.C.H.,<br><br>                Applicants. | Case No. 5:24-mc-80189-PCP<br><br>**NOTICE OF APPEARANCE OF BYRON TUYAY AS COUNSEL OF RECORD FOR NON-PARTY GOOGLE LLC**<br><br>Judge: The Honorable P. Casey Pitts<br>Courtroom 8, 4th Floor<br>San Jose Courthouse<br>280 South First Street<br>San Jose, CA  95113 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Byron R. Tuyay hereby enters an appearance in this matter for Non-Party GOOGLE LLC, as counsel of record.

Mr. Tuyay is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter. Mr. Tuyay is a member of the State Bar of California and has been admitted to practice in the Northern District of California. His address and telephone number are as follows:

Byron R. Tuyay (State Bar No. 308049)
byron.tuyay@bakermckenzie.com
**BAKER & McKENZIE LLP**
10250 Constellation Blvd., Suite 1850
Los Angeles, CA  90067
Telephone:     310 201 4728
Facsimile:     310 201 4721

Dated: August 6, 2024                    Respectfully submitted,

                                         **BAKER & McKENZIE LLP**

                                         By:  /s/ Byron R. Tuyay
                                             Byron R. Tuyay
                                             Attorneys for Non-Party
                                             GOOGLE LLC