Nicholas O. Kennedy (State Bar No. 280504)
nicholas.kennedy@bakermckenzie.com
**BAKER & McKENZIE LLP**
1900 North Pearl Street, Suite 1500
Dallas, TX  75201
Telephone:     214 978 3081
Facsimile:      214 978 3099

Byron R. Tuyay (State Bar No. 308049)
byron.tuyay@bakermckenzie.com
**BAKER & McKENZIE LLP**
10250 Constellation Blvd., Suite 1850
Los Angeles, CA  90067
Telephone:     310 201 4728
Facsimile:      310 201 4721

Attorneys for Non-Party Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In Re Ex Parte* Application of<br><br>Sakura Miyawaki, Chae-won Kim, Jennifer Yunjin Huh, Kazuha Nakamura, and E.C.H.,<br><br>                    Applicants. | Case No. 5:24-mc-80189-PCP<br><br>**NON-PARTY GOOGLE LLC'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS; CORPORATE DISCLOSURE**<br><br>[FRCP 7.1 & Local Rule 3-15]<br><br>Judge: The Honorable P. Casey Pitts<br>Courtroom 8, 4th Floor<br>San Jose Courthouse<br>280 South First Street<br>San Jose, CA  95113 |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Respondent Google LLC, by its undersigned counsel, states as follows:

1. Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc.

2. Alphabet Inc. is a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: August 6, 2024            Respectfully submitted,

**BAKER & McKENZIE LLP**

By: /s/ *Byron Tuyay*
    Byron Tuyay
    Attorney for
    Non-Party GOOGLE LLC